**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 98-cr-00030-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KENNETH LEE SCHULTZ,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On January 10, 2006, the probation officer submitted a petition for early termination of supervised release in this case. On January 31, 2006, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on February 3, 2006, and the United States has not submitted any objection to the proposed termination of supervised release. Accordingly, it is

      **ORDERED** that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      **DATED** at Denver, Colorado, this 22nd day of February, 2006.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge